ever, as the County Court did not state that the term imposed was to be consecutive, the presumption that the term was concurrent with the term of the prior conviction controls (*People ex rel. Gerbino* v. *Ashworth,* 267 App. Div. 579, 581). Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

In the Matter of the Arbitration between CLOTH LAYING APPLIANCES CORPORATION, Appellant, and LENNOX METAL MANUFACTURING COMPANY, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

MARIE OXAMENDI, Appellant, v. BROWN-FRANKLIN CORP., Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

MENDELSON BROS. FACTORS, INC., Respondent, v. MOSES F. DWORSKY et al., Individually and as Copartners Doing Business under the Name of FIDELITY FACTORS and of ADVISORY AUDIT COMPANY, et al., Appellants, et al., Defendants.— Order unanimously modified so as to deny the motion to vacate the notice to examine plaintiff before trial as to items 10, 12, 13, 15, 16, 22, 23, 26, 28, 29, 30, 31, 32, 33, 36, 48, 50, 53, 54 and 55 and, as so modified, affirmed, with $20 costs and disbursements to the appellants. These are proper items for examination under the circumstances. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ. [See *post,* p. 1029.]

ISAAC WAGNER et al., Appellants, v. SAMUEL DERECKTOR, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

In the Matter of KATHERINE M. POINTER, Appellant. FELIX WUNDERMAN, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

LUSTBADER COMPANY, INC., Respondent, v. GEORGE N. RICHARD et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

L. X. CORPORATION v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Bergan, JJ. [See *ante,* p. 860.]